IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01794-EWN

[S.L.L. (name redacted to comply with Agency privacy policy)],

      Plaintiff,

v.

MICHAEL J. ASTRUE,
      Commissioner, Social Security Administration,

      Defendant.

---

ORDER APPROVING STIPULATED MOTION FOR
AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

---

The Court has reviewed the parties' stipulated motion, dated March 21, 2008, for an award of attorney fees under the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. §2412(d). Based upon these documents, the Court

HEREBY ORDERS that the stipulation for attorney fees under the EAJA is approved, and Defendant is ordered to pay the amount of $4,000.00, exclusive of the $350.00 bill of costs, to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

DATED this 27th day of March, 2008.

                      BY THE COURT:

                      s/ Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      Chief United States District Judge