IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01794-EWN

SAMANTHA L. LITZSINGER,

Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant.

## ORDER AUTHORIZING THE TAXING OF COSTS
## AND DIRECTING PAYMENT OF THE SAME

THIS MATTER having come before the Court, and the Court being advised in the premises.

IT IS ORDERED THAT the Unopposed Motion for Order Authorizing the Taxing of Costs and Directing Payment of the Same is hereby granted, and the Court directs the taxing of Costs against Defendant and payment of the same shall be payable to Rick P. Sauer.

Dated this 22nd day of April, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge